UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  2:15-cr-159-FtM-99CM

MARIA VICTORIA LOPEZ
_____

### FORFEITURE MONEY JUDGMENT

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment against defendant Maria Victoria Lopez in the amount of $54,321.70, which upon entry will be a final order of forfeiture as to the defendant.

Defendant Lopez pleaded guilty and was adjudged guilty of mail conspiracy, in violation of 18 U.S.C. § 1349, as charged in Count One of the Information, and the United States has established that the defendant obtained proceeds in the amount of $54,321.70 as a result of the offense of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant is jointly and severally liable for a forfeiture money judgment in the amount of $54,321.70 with her co-conspirators in *United States v.*

*Garry Joseph, et al.*, Case No. 2:15-cr-93-FtM-38MRM, upon their conviction for the mail fraud conspiracy charged in Count One.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE and ORDERED** in Fort Myers, Florida, this 10th day of February, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record