UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 2:15-cr-159-FtM-38CM

MARIA VICTORIA LOPEZ

### ORDER

This matter comes before the Court on the Stipulation regarding Restitution (Doc. #55) filed on January 17, 2017. The parties have filed this stipulation indicating that the defendant will pay restitution jointly and severally with Nesly Loute (2:15-cr-99-FtM-38MRM), David Adamson (2:16-cr-13-FtM-38CM), Garry Joseph (2:15-cr-193-FtM-38MRM) and Admile Exulus (2:16-cr-64-FtM-29MRM) to the victims of the offense listed in the stipulation:

| | |
|---|---|
| 21st Century | $2,046.68 |
| Allstate | $3,841.42 |
| Corvel Corporation | $1,126.91 |
| Direct General | $5,348.69 |
| Geico | $2,242.95 |
| Hertz | $5,311.20 |
| Peachtree Casualty | $7,071.49 |
| Peak Property and Casualty | $12,173.44 |
| Travelers | $1,724.94 |
| Windhaven | $13,433.98 |

Having considered the stipulation, the court will accept the stipulation as outlined below.

Accordingly, it is now

**ORDERED:**

The Stipulation regarding Restitution (Doc. #55) is **ACCEPTED and ADOPTED**. The clerk is directed to amend the restitution portion of the Judgment to reflect the stipulated amounts and payees listed above.

**DONE AND ORDERED** at Fort Myers, Florida, this February 9, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record